UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY P. SAMBRANO,<br><br>             Petitioner,<br><br>     v.<br><br>S. REED,<br><br>             Respondent. | 1:14-cv-01223-LJO-SKO (HC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>and<br><br>DIRECTING CLERK TO SERVE THE COURT OF APPEALS<br><br>(Document# 19) |

   Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On June 10, 2015, judgment was entered April 30, 2015 the petition for writ of habeas corpus. On May 26, 2015, Petitioner filed a notice of appeal, a motion for certificate of appealability, and an application to proceed in forma pauperis. Examination of Petitioner's application to proceed in forma pauperis reveals that Petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

   Dated:   **June 11, 2015**                             **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE

1